```
DAVID J. BROWN (SBN 56628)
MBV LAW LLP
855 Front Street
San Francisco, California 94111
Telephone:    415-781-4400
Facsimile:    415-989-5143
```

Attorneys for Defendants
John Shrimpton; TML Acquisition Ltd.;
Enterprise Investment Management Limited;
Vietnam Enterprise Investments Limited;
Dragon Capital Management Limited;
Tiberon Minerals PTE Ltd.; Vietnam Growth Fund
Limited; and Vietnam Dragon Fund Limited

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TREVOR MOSS,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN SHRIMPTON; , et al.,<br><br>    Defendants. | Case No. CV-09-0109 SC<br><br>**STIPULATION FURTHER EXTENDING DEFENDANTS' TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>Date:     N/A<br>Time:     N/A<br>Place:    Courtroom 1, 17th floor<br>Judge:    Hon. Samuel Conti |

      In accordance with Local Rule 6-1(a), the parties stipulate that defendants John Shrimpton, TML Acquisition Ltd., Enterprise Investment Management Limited, Vietnam Enterprise Investments Limited, Dragon Capital Management Limited, Tiberon Minerals PTE Ltd., Vietnam Growth Fund Limited and Vietnam Dragon Fund Limited shall have an additional 12-days – up to Monday, September 14, 2009 – respond to the Amended Complaint in this action. Such response may be or include challenges to service of process, personal jurisdiction or other Rule 12(b) motions. This stipulation is

not intended to deprive or be a waiver of the full Rule 12(b) challenges available to defendants.  One prior stipulation of 30 days has occurred.

Dated:  August 31, 2009

Respectfully submitted,

MBV LAW LLP

By _____/S/_____
David J. Brown
Attorneys for all Defendants

CRAIGIE, MCCARTHY & CLOW

By _____/S/_____
James M. Hanavan
Attorneys for Plaintiff

IT IS SO ORDERED

Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA