1  DAVID J. BROWN (SBN 56628)
   davidbrown@mbvlaw.com
2  855 Front Street
   San Francisco, California 94111
3  Telephone:    415-781-4400
   Facsimile:     415-989-5143
4
   Attorneys for Defendants
5  John Shrimpton; TML Acquisition Ltd.;
   Enterprise Investment Management Limited;
6  Vietnam Enterprise Investments Limited;
   Dragon Capital Management Limited;
7  Tiberon Minerals PTE Ltd.; Vietnam Growth Fund
   Limited; and Vietnam Dragon Fund Limited
8

9

10                 UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

14  TREVOR MOSS,                              CASE NO. CV-09-0109 SC

15                         Plaintiff,         **DECLARATION OF NGUYEN ANH
                                              TUAN IN SUPPORT OF MOTION TO
16        v.                                  DISMISS**

17  JOHN SHRIMPTON; , et al.,                 Date:      January 8, 2010
                                              Time:      10:00 a.m.
18                         Defendants.        Place:     Courtroom 1, 17th floor
                                              Judge:     The Honorable Samuel Conti
19

20

21  I, Nguyen Anh Tuan, declare:

22     1.  I am Nui Phao Mining Joint Venture Company Ltd.'s ("Nui Phao") chief accountant and

23         have been involved with Nui Phao in its accounting functions since 16th August 2004.  I

24         am familiar with Nui Phao's accounting records and record keeping system, and know

25         that it is now and has been kept in the ordinary course of business since its inception.

26         Records are made and entries entered into them at or near the time the record is created

27         or entry is made, and the records and record keeping system are periodically reviewed

28  ///

                                                   DECLARATION OF NGUYEN ANH TUAN
                                                   CV-09-0109 SC

1  and checked for purposes of assuring their accuracy. I have direct and specific personal

2  knowledge of the facts set forth herein based on my activities on behalf of Nui Phao in its

3  accounting functions and as the chief accountant of Nui Phao. I would testify

4  competently to the facts recited in this declaration if called upon to do so.

5  2.  Within Nui Phao's business records are submissions by its consultants requesting their

6  respective pay and reimbursement for costs and expenses incurred in the course of

7  business. These records with respect to Mr. Moss show that in connection with his

8  Consulting Agreement Mr. Moss instructed that he be paid by wire transfer to the Wells

9  Fargo bank account number 0001065930 of an investment firm in Minneapolis,

10  Minnesota for credit by that investment company to his family trust balance at that

11  Minneapolis firm. Sample true copies of those instructions from the business records of

12  Nui Phao are attached as Exhibits to this Declaration.

13  Exhibit A is a signed instruction dated July 28, 2006, from Mr. Moss to Nui Phao

14  to wire $29,373.19 to Account Number 0001065930 belonging to American Enterprise

15  Investment Services.

16  Exhibit B is a signed instruction dated June 26, 2006, from Mr. Moss to Nui Phao

17  to wire $33,775.98 to Account Number 0001065930 belonging to American Enterprise

18  Investment Services.

19  I declare and state under penalty of perjury under the laws of the United States of

20  America that the foregoing is true and correct.

21  Executed on September 14, 2009 at Hanoi, Vietnam.

22

23  _____

24  Nguyen Anh Tuan

25

26

27

28

-2-                                                     DECLARATION OF NGUYEN ANH TUAN

# Trevor A. Moss
## 3645 Crown Hill Dr. Santa Rosa, CA 95404-7659

| | |
|---|---|
| Date: | **Friday, July 28, 2006** |
| Client: | Nui Phao Mining Joint Venture Company |
| Subject: | Consulting Services Contract |

| Period | Description | Cost of Service |
|---|---|---|
| July 2006 | Performance of Consulting Services as Vice President of Operations per Contract-- Monthly Services fee | |
| | | US$20,833.33 |
| July 2006 | Expenses for Period July 2006 per the Attached | |
| | | US$8,539.86 |
| | Total | US$29,373.19 |

Payment Due Date: ..............................................................................................31 July 2006

Payment Instructions:

Trevor A. Moss

> Wells Fargo Bank MN, NA
> Minneapolis MN 55479
>
> SWIFT BIC:     WFBIUS6S
>
> Credit to: American Enterprise Investment Services
> Account: 0001065930
> For further credit to:
>
> Trevor A Moss and
> Trudy E Moss as Ttees
> Of The Moss Fam Tr
> U/A Dtd 03-22-2004
> Account No. 6560 4373 4 021

phone:   +1 707 531 4878
mobile:   +1 925 577 1078
e-mail:   trevor.moss@teamoss.us

## Exhibit A

# Trevor A. Moss
**3645 Crown Hill Dr. Santa Rosa, CA 95404-7659**

---

| | |
|---|---|
| Date: | **Monday, June 26, 2006** |
| Client: | Nui Phao Mining Joint Venture Company |
| Subject: | Consulting Services Contract |

| Period | Description | Cost of Service |
|---|---|---|
| June 2006 | Performance of Consulting Services as Vice President of Operations per Contract– Monthly Services fee | |
| | | US$20,833.33 |
| June 2006 | Expenses for Period May and June 2006 per the Attached | |
| | | US$12,942.65 |
| | Total | US$33,775.98 |

Payment Due Date: ..............................................................................................30 June 2006

Payment Instructions:

Trevor A. Moss

> Wells Fargo Bank MN, NA
> Minneapolis MN 55479
>
> SWIFT BIC:      WFBIUS6S
>
> Credit to: American Enterprise Investment Services
> Account: 0001065930
> For further credit to:
>
> Trevor A Moss and
> Trudy E Moss as Ttees
> Of The Moss Fam Tr
> U/A Dtd 03-22-2004
> Account No. 6560 4373 4 021

*phone:* +1 707 531 4878
*mobile:* +1 925 577 1078
*e-mail:* trevor.moss@teamoss.us

**Exhibit B**