1 James M. Hanavan, State Bar No. 66097
Kristen E. Drake, State Bar No. 202827
2 CRAIGIE, McCARTHY & CLOW
540 Pacific Avenue
3 San Francisco, CA 94133
Telephone: (415) 732-7788
4 Facsimile: (415) 732-7783

6 Attorneys for Plaintiff Trevor Moss

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TREVOR MOSS,<br><br>Plaintiff,<br><br>v.<br><br>JOHN SHRIMPTON; TML ACQUISITION LTD.; ENTERPRISE INVESTMENT MANAGEMENT LIMITED; VIETNAM ENTERPRISE INVESTMENTS LIMITED; DRAGON CAPITAL MANAGEMENT LIMITED; TIBERON MINERALS PTE LTD.; VIETNAM GROWTH FUND LIMITED; and, VIETNAM DRAGON FUND LIMITED.<br><br>Defendants. | Case No.: CV-09-0109 SC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING THE HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS ACTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULES 12(b)(2) AND 12(b)(5)** |

///
///
///
///
///

Stipulation and [Proposed] Order

### Stipulation

The parties stipulate that, due to plaintiff's counsel's eye surgeries, the hearing on Defendants' Motion to Dismiss Action Pursuant to Federal Rules of Civil Procedure, Rules 12(b)(2) and 12(b)(5) shall be continued from January 8, 2010 to February 5, 2010 at 10:00 a.m. Plaintiff's opposing papers shall be due on January 15, 2010 and any rely papers shall be due on January 22, 2010.

Dated: November 30, 2009  CRAIGIE, McCARTHY & CLOW

_/s/ James M. Hanavan_
By: James M. Hanavan
Attorneys for Plaintiff Trevor Moss

Dated: November 30, 2009  MBV LAW LLP

_/s/ David J. Brown_
By: David J. Brown
Attorneys for Defendants

### Order

IT IS HEREBY ORDERED that the hearing on Defendants' Motion to Dismiss Action Pursuant to Federal Rules of Civil Procedure, Rules 12(b)(2) and 12(b)(5) shall be continued from January 8, 2010 to February 5, 2010 at 10:00 a.m. Plaintiff's opposing papers shall be due on January 15, 2010 and any rely papers shall be due on January 22, 2010.

**IT IS SO ORDERED.**

Dated: December 2, 2009

The Honorable Samuel Conti
United States District Judge

2
Stipulation and [Proposed] Order