James M. Hanavan, State Bar No. 66097
Kristen E. Drake, State Bar No. 202827
CRAIGIE, McCARTHY & CLOW
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 732-7788
Facsimile: (415) 732-7783

Attorneys for Plaintiff Trevor Moss

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TREVOR MOSS, <br><br> Plaintiff, <br><br> v. <br><br> JOHN SHRIMPTON; TML ACQUISITION LTD.; ENTERPRISE INVESTMENT MANAGEMENT LIMITED; VIETNAM ENTERPRISE INVESTMENTS LIMITED; DRAGON CAPITAL MANAGEMENT LIMITED; TIBERON MINERALS PTE LTD.; VIETNAM GROWTH FUND LIMITED; and, VIETNAM DRAGON FUND LIMITED. <br><br> Defendants. | Case No.: CV-09-0109 SC <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS ACTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULES 12(b)(2) AND 12(b)(5) and CONTINUING THE HEARING DATE FOR THE CASE MANAGEMENT CONFERENCE** |

///

///

///

///

///

Stipulation and [Proposed] Order

**Stipulation**

The parties stipulate that, due to plaintiff's counsel's hospitalization, the hearing on Defendants' Motion to Dismiss Action Pursuant to Federal Rules of Civil Procedure, Rules 12(b)(2) and 12(b)(5) shall be continued from February 5, 2010 at 10:00 a.m. to February 19, 2010 at 10:00 a.m. Plaintiff's opposing papers shall be due on January 29, 2010 and any reply papers shall be due on February 5, 2010.

The parties further stipulate that the Case Management Conference be continued from February 5, 2010 at 10:00 a.m. to February 19, 2010 at 10:00 a.m.

Dated: January 12, 2010          CRAIGIE, McCARTHY & CLOW


_____/s/ Kristen E. Drake_____
By: Kristen E. Drake
Attorneys for Plaintiff Trevor Moss

Dated: January 12, 2010          MBV LAW LLP


_____/s/ David J. Brown_____
By: David J. Brown
Attorneys for Defendants

///
///
///
///
///
///
///

## Order

IT IS HEREBY ORDERED that the hearing on Defendants' Motion to Dismiss Action Pursuant to Federal Rules of Civil Procedure, Rules 12(b)(2) and 12(b)(5) shall be continued from February 5, 2010 at 10:00 a.m. to February 19, 2010 at 10:00 a.m. Plaintiff's opposing papers shall be due on January 29, 2010 and any reply papers shall be due on February 5, 2010.

IT IS FURTHER ORDERED that the Case Management Conference be continued from February 5, 2010 at 10:00 a.m. to February 19, 2010 at 10:00 a.m.

**IT IS SO ORDERED**.

Dated: January 14, 2010



The Honorable Samuel Conti
United States District Judge

3 — Stipulation and [Proposed] Order