James M. Hanavan, State Bar No. 66097
Kristen E. Drake, State Bar No. 202827
CRAIGIE, McCARTHY & CLOW
540 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 732-7788
Facsimile: (415) 732-7783

Attorneys for Plaintiff Trevor Moss

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TREVOR MOSS,<br><br>Plaintiff,<br><br>v.<br><br>JOHN SHRIMPTON; TML ACQUISITION LTD.; ENTERPRISE INVESTMENT MANAGEMENT LIMITED; VIETNAM ENTERPRISE INVESTMENTS LIMITED; DRAGON CAPITAL MANAGEMENT LIMITED; TIBERON MINERALS PTE LTD.; VIETNAM GROWTH FUND LIMITED; and, VIETNAM DRAGON FUND LIMITED.<br><br>Defendants. | Case No.: CV-09-0109 SC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

///
///
///
///
///

| | |
|---|---|
| 1 | NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure, Rule |
| 2 | 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice. |

Dated: January 29, 2010                    CRAIGIE, McCARTHY & CLOW

*/s/ James M. Hanavan*
By: James M. Hanavan
Attorneys for Plaintiff Trevor Moss



IT IS SO ORDERED
Judge Samuel Conti